# Court of Appeals
# of the State of Georgia

ATLANTA,  August 15, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1366. GOODINE v. JOHNSON.**

This appeal was docketed on April 26, 2022, with notice to the appellant, and the appellant's brief was due on May 16, 2022. See Court of Appeals Rule 23 (a). On May 20, 2022, this Court entered an order dismissing the appeal based on the appellant's failure to file his brief.

In the meantime, the appellant had moved for an extension of time (received at the Court on May 25 and deemed filed on May 17 per Court of Appeals Rule 4 (b)), which motion this Court construed as a motion for reconsideration and granted on June 6, 2022. That order allowed appellant an additional 45 days to file his appellate brief, i.e. until July 21, 2022, and noted that no further extension would be granted.

The appellant purported to file a brief on July 26, 2022, but it was returned because he did not pay the required filing fee or sign his brief. See Court of Appeals Rules 2 and 5. He has made no other filing at this time; accordingly, the appeal is hereby DISMISSED for failure to comply with this Court's order extending the time to file his appellate brief. See Court of Appeals Rule  23 (a).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  08/15/2022*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*